**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JACARI FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 cv 3035 |
| | ) | |
| CITY OF CHICAGO and CHICAGO POLICE | ) | |
| OFFICERS JOSEPH BYRNE, Star #5304, | ) | |
| ROBERT CAULFIELD, Star #11321, and | ) | |
| DAVID PASILLAS, Star #17798, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES the Plaintiffs, JACARI FRANKLIN, by and through counsel, SAMUELS & ASSOCIATES, LTD., and complaining of the defendants, CITY OF CHICAGO and CHICAGO POLICE OFFICERS JOSEPH BYRNE, Star #5304, ROBERT CAULFIELD, Star #11321, and DAVID PASILLAS, Star #17798, states as follows:

## INTRODUCTION

This is a civil action seeking damages against defendants for committing acts under color of law, and depriving Plaintiff of his rights secured by the Constitution and laws of the United States.

## JURISDICTION

1. This action is brought pursuant to the Civil Rights Act, 42 U.S.C. § 1983, and the Fourth and Fourteenth Amendments to the United States Constitution.

2. The jurisdiction of this Court is invoked pursuant to the judicial code 28 U.S.C. § 1331 and 1343 (a); the Constitution of the United States.

**PARTIES**

3.      PLAINTIFF JACARI FRANKLIN is a citizen of the United States of America, who, at

all times relevant, resided in Cook County, Illinois.

4.      DEFENDANT OFFICERS JOSEPH BYRNE, Star #5304, ROBERT CAULFIELD, Star

#11321, and DAVID PASILLAS, Star #17798 ("Defendant Officers") were, at the time

of this occurrence, duly licensed Chicago Police Officers. They engaged in the conduct

complained of in the course and scope of their employment and under color of law. They

are sued in their individual capacities.

5.      DEFENDANT CITY OF CHICAGO ("City") is a municipal corporation duly

incorporated under the laws of the State of Illinois, and is the employer and principal of

Defendant Officers.

**FACTS**

6.      On 21 March 2018, Plaintiff Jacari Franklin became a father for the first time.

7.      On or around 25 March 2018, Plaintiff Jacari Franklin was leaving a house located at or

around 8740 S UNION AVE, Chicago, Illinois, with his cousin.

8.      His cousin was driving a vehicle in which Jacari was the passenger.

9.      As Jacari approached the vehicle, where his cousin was already seated in the driver's

seat, Defendant Officers pulled alongside the vehicle, blocking it in.

10.     Without reasonable suspicion, or any other lawful basis, Defendant Officers began to

question them.

11.     Jacari's cousin hopped out of the vehicle and asked why the Defendant Officers were

bothering them.

12.     When Defendant Officers descended on Jacari's cousin, Jacari sat down in the front passenger seat of the vehicle to wait.

13.     Defendant Officers then pulled Jacari out of the vehicle, handcuffed, and frisked him.

14.     In response to their questioning, Jacari's cousin revealed that he was a FOID card holder, owned a weapon, and that it was located in a lock box under the front passenger seat.

15.     After searching the vehicle, Defendant Officers retrieved the weapon.

16.     Defendant Officers had never seen Jacari in the vehicle where the weapon was recovered previously, did not see Jacari place the weapon in the vehicle, and never saw Jacari in possession of the weapon.

17.     Nevertheless, Defendant Officers gave the car keys back to Jacari's cousin and told him he was free to go while Jacari was taken back to the police station.

18.     When Jacari asked why he was being arrested, he was told to just wait a bit.

19.     Exhausted from having worked all day as a painter, he fell asleep in the station.

20.     When Jacari woke up, he was being transferred to County Jail where he learned that he was being charged with unlawful possession of a firearm.

21.     Ultimately, the knowingly false and deceitful actions of Defendant Officers caused Jacari Franklin to be indicted on 14 separate felonies.

22.     For 8 months, Jacari lived with the possibility that he would never get to see his son grow up all because of the false and completely baseless charges leveled at him by Defendant Officers.

23.     On 14 November 2018, Jacari went to trial and was found not guilty of unlawfully possessing a weapon. The state dismissed all the remaining charges against him.

24. As a direct and proximate result of the unlawful actions of the defendants, Plaintiff was injured, including physical injuries, pain and suffering, humiliation, embarrassment, fear, emotional trauma, mental anguish, the deprivation of their constitutional rights and dignity, interference with a normal life, lost time, and attorneys' fees.

## COUNT I: 42 U.S.C. § 1983 – Illegal Search and Seizure

25. Plaintiff re-alleges the above paragraphs as though fully set forth herein.

26. The actions of the Defendant Officers constituted an unreasonable search and seizure against Plaintiff, thus violating his rights under the Fourth Amendment to the Constitution of the United States and 42 U.S.C. §1983.

27. As a direct and proximate result of the above-detailed actions of the defendants, Plaintiff was injured.

WHEREFORE the Plaintiff, JACARI FRANKLIN, purusant to 42 U.S.C. §1983, demands judgment against the Defendants, JOSEPH BYRNE, Star #5304, ROBERT CAULFIELD, Star #11321, and DAVID PASILLAS, Star #17798, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

## COUNT II: 42 U.S.C. § 1983 – False Arrest

28. Plaintiffs reallege each of the foregoing paragraphs as if fully set forth here.

29. The actions of Defendant Officers, described above, knowingly caused Plaintiff to be arrested and imprisoned without probable cause or any other justification, constituted a deliberate indifference to Plaintiff's right under U.S. Constitution in violation of the Fourth and Fourteenth Amendment.

30. As a proximate result of the above-detailed actions, Plaintiff was injured.

4

WHEREFORE the Plaintiff, JACARI FRANKLIN, purusant to 42 U.S.C. §1983, demands judgment against the Defendants, JOSEPH BYRNE, Star #5304, ROBERT CAULFIELD, Star #11321, and DAVID PASILLAS, Star #17798, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

## COUNT III: 745 ILCS 10/9-102 – Indemnification

31.  Plaintiffs reallege each of the foregoing paragraphs as if fully set forth here.

32.  Defendant City of Chicago is the employer of the Defendant Officers.

33.  Defendant Officers committed the acts alleged above under color of law and in the scope of their employment as employees of the City of Chicago.

WHEREFORE the Plaintiff, JACARI FRANKLIN, demands that, should any Defendant Officer be found liable on one or more of the claims set forth herein, pursuant to 745 ILCS 10/9-102, the Defendant, CITY OF CHICAGO, be found liable for any judgment Plaintiff obtains, as well as attorney's fees and costs awarded.

## COUNT IV: Malicious Prosecution

34.  Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.

35.  By the actions detailed above, Defendant Officers knowingly sought to and did in fact maliciously prosecute Plaintiff on false charges for which they knew there was no probable cause.

36.  Defendant City is sued in this Count pursuant to the doctrine of *respondeat superior*, in that Defendant Officer performed the actions complained of while on duty and/or in the employ of Defendant City, and while acting within the scope of this employment.

37.     As a direct and proximate result of the malicious prosecution, Plaintiffs were damaged, including the value of their lost liberty, exposure to public scandal and disgrace, damage to their reputation, mental and emotional suffering, humiliation, embarrassment, and anguish.

WHEREFORE the Plaintiff, JACARI FRANKLIN, demands judgment against the Defendants, JOSEPH BYRNE, Star #5304, ROBERT CAULFIELD, Star #11321, DAVID PASILLAS, Star #17798, and CITY OF CHICAGO, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully Submitted,

**JACARI FRANKLIN**

By:   s/ Jeanette Samuels
*One of Plaintiff's Attorneys*

SAMUELS & ASSOCIATES, LTD.
2925 S. Wabash Avenue, Suite 104
Chicago, Illinois 60616
T: 872-588-8726
F: 872-444-3011
E: sam@chicivilrights.com