**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JACARI FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 CV 3035 |
| | ) | |
| CITY OF CHICAGO and CHICAGO POLICE OFFICERS JOSEPH BYRNE, Star #5304, ROBERT CAULFIELD, Star #11321, and DAVID PASILLAS, Star #17798, | ) | Judge Rowland |
| | ) | |
| | ) | JURY DEMAND |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR RULE TO SHOW CAUSE AND MOTION FOR EXTENSION OF TIME TO COMPLETE LIMITED DISCOVERY, OR IN ALTERNATIVE, TO BAR TESTIMONY AT TRIAL**

NOW COMES Defendants Chicago Police Officers Joseph Byrne, Robert Caulfield, and David Pasillas, and the City of Chicago (collectively "Defendants") by and through one of their attorneys, Maria E. Magginas, Assistant Corporation Counsel III, and respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 30(a)(1) and 45(g), for a rule to show cause as to why subpoenaed witnesses Shaquille Crews, Aishinay Walker, and Larry Byrd should not be held in contempt for their failure to appear for their depositions, and for an extension of time to complete limited discovery, or in the alternative, to bar their testimony at trial. In support thereof, Defendants state as follows:

1. Discovery is set to close on October 31, 2020. (ECF No. 62).

2. Defendants have made multiple attempts to locate and depose three important witnesses, Shaquille Crews, Aishinay Walker, and Larry Byrd. Mr. Crews was present at the scene of Plaintiff's arrest, in which Plaintiff claims that the gun found under Plaintiff's seat in the vehicle was Mr. Crews's, and is identified on Plaintiff's Mandatory Initial Disclosures. *See*

Plaintiff's Initial Disclosures, attached hereto as Exhibit A. Ms. Walker, Plaintiff's child's mother, and Mr. Byrd, Plaintiff's uncle, were both identified by Plaintiff in his deposition as having knowledge and information as to Plaintiff's alleged damages due to his arrest on March 25, 2018 and subsequent incarceration.

5. As to Mr. Crews, Defendants were provided with an affidavit, attached hereto as Exhibit B ("Crews affidavit"), by Plaintiff's counsel. Defendants obtained an address for him in Chicago on South Loomis Avenue and have attempted three times to serve Mr. Crews. *See* attached affidavits of service as Exhibit C, D, and E.

6. On August 28, 2020, Mr. Crews's mother accepted service on Mr. Crews's behalf at the South Loomis Avenue address and confirmed he resided there. *See* Exhibit D.

7. On October 1, 2020, the undersigned counsel sent Mr. Crews a letter providing the zoom link and passcode, asking him to get in touch with her to confirm his deposition set for October 9, 2020, and confirm whether or not he needed to be set up at a court reporter's office for his deposition as the deposition was set remotely via zoom due to concerns with COVID-19. *See* attached letter as Exhibit F.

8. Mr. Crews never responded to counsel's letter and failed to show at his remote zoom deposition scheduled for Friday, October 9, 2020.

9. As to Ms. Walker, her deposition was originally scheduled through notice via Plaintiff's counsel in March 2020, but Ms. Walker canceled the depositions last minute. *See* Exhibit G ("notice of deposition").

10. Defendants re-set her deposition for October 7, 2020, and sent Plaintiff's counsel a subpoena and a check for Ms. Walker's deposition, as Plaintiff's counsel agreed to facilitate service. *See* Group Exhibit H.

11. Likewise, Defendants also sent Plaintiff's counsel a subpoena and a check for Mr. Byrd's deposition for October 8, 2020, as Plaintiff's counsel agreed to facilitate service. *See* Group Exhibit H.

12. Plaintiff's counsel confirmed Ms. Walker's and Mr. Byrd's depositions on October 8, 2020 (with Byrd at 10 A.M. and Ms. Walker at 2 P.M.), and forwarded the zoom links for their depositions to them. *See* Group Exhibit H.

13. Both deponents failed to appear for their depositions on October 8, 2020. As a result, Defendants directly served subpoenas to Ms. Walker and Mr. Byrd for October 29, 2020. *See* Exhibit I.

14. Defendants have been able to personally serve Mr. Byrd, however, he stated to Plaintiff's counsel he will not be attending his deposition which was set for October 29, 2020. *See* Exhibits J & K.

15. Defendants have been able to serve Ms. Walker by third party (her grandmother accepted service on her behalf and confirmed the address she was served at was Ms. Walker's home); however, Ms. Walker also failed to appear for a third time for her deposition reset for October 29, 2020. *See* Exhibit L.

16. Defendants now request an Order from this Court for a rule to show cause against Mr. Crews, Ms. Walker, and Mr. Byrd for failing to appear for their depositions after being properly served. At this point in time, the defense has been more than accommodating in attempting to get these witnesses in for their deposition. Counsel for defense has incurred numerous fees, including service fees and court reporter fees, for multiple dates in which these witnesses failed to show for their depositions.

17. Alternatively, due to their lack of cooperation, and Plaintiff's counsel's inability to produce these witnesses, Defendants request that Shaquille Crews, Larry Byrd, and Aishinay Walker be barred from testifying at trial.

18. If this Court allows for a rule to show cause and/or compels the depositions of Mr. Crews, Ms. Walker, and Mr. Byrd, Defendants also respectfully request an additional forty-five days to complete discovery for the limited purpose of deposing Mr. Crews, Ms. Walker, and Mr. Byrd *only*.

19. Defendants do not bring this instant motion to cause undue delay or prejudice to the parties. Defendants have diligently attempted to serve and depose these important witnesses and have been unable to secure the above-requested depositions, as detailed herein.

20. On October 30, 2020, the undersigned counsel emailed Plaintiff's counsel regarding the instant motion. Plaintiff's counsel has not responded whether she is opposed or unopposed to this motion as of the time this motion was filed.

WHEREFORE, Defendants prays this Honorable Court enter an Order compelling Shaquille Crews, Aishinay Walker, and Larry Byrd to appear for her deposition and for an extension of time up to and including December 15, 2020 to complete these three witnesses' depositions, or to bar said witnesses at trial, or whatever relief this Court deems just.

DATE: October 30, 2020

Respectfully submitted,

BY: *<u>/s/Maria Magginas</u>*
Assistant Corporation Counsel
On behalf of Defendants

Allison Romelfanger, Assistant Corporation Counsel Supervisor
Laniya Moore, Assistant Corporation Counsel
City of Chicago, Department of Law
Federal Civil Rights Litigation Division
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602

(312) 744-8335
***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certifies that she has caused a true and correct copy of the foregoing Motion to be filed with the Court's CM/ECF online filing system, thereby serving a copy of the same on all counsel of record this 30th day of October 2002.

*/s/ Maria E. Magginas*
Assistant Corporation Counsel III