**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JACARI FRANFRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 cv 3035 |
| | ) | |
| CITY OF CHICAGO and CHICAGO POLICE OFFICERS JOSEPH BYRNE, Star #5304, ROBERT CAULFIELD, Star #11321, and DAVID PASILLAS, Star #17798, | ) | Judge KENDALL<br>Magistrate Judge HARJANI |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MANDATORY INITIAL DISCLOSURES**

NOW COMES the Plaintiff, JACARI FRANKLIN, by and through counsel, and hereby provides the following Mandatory Initial Disclosures pursuant to Fed. R. Civ. P. 26 and the Court's Mandatory Initial Discovery Pilot Program (MIDP), as follows:

**WITNESSES:**

1. Plaintiff Jacari Franklin – to be contacted through counsel;

2. Defendant Joseph Byrne – telephone and address in the possession of the defendants – has knowledge regarding the facts and circumstances alleged in the complaint;

3. Defendant Robert Caulfield – telephone and address in the possession of the defendants – has knowledge regarding the facts and circumstances alleged in the complaint;

4. Defendant David Pasillas – telephone and address in the possession of the defendants – has knowledge regarding the facts and circumstances alleged in the complaint;

5. Shaquille Crews – cousin, eyewitness, FOID card owner, driver of the car that the gun was recovered inside, and owner of the gun that was recovered – 9616 S. Loomis, Chicago, Illinois – 773-544-7477 – has knowledge regarding the facts and circumstances alleged in the complaint;

6. Jayne Anne Ingles – criminal defense attorney – 2134 W. Chicago Ave, Suite 100, Chicago, Illinois – has knowledge regarding the criminal prosecution of Plaintiff and the costs of his defense;

7. All persons identified by the defendants; and

8. Investigation continues.

**STATEMENTS:**

1. Defendants Caulfield and Byrne – Trial transcript.

**EVIDENCE:**

1. CCSAO Criminal Prosecution File (PfFRANKLIN00001-100);

2. Victim Information Notice (PfFRANKLIN00101-102);

3. Jacari Franklin Medical Records; and

4. Investigation continues.

**STATEMENT OF RELEVANT FACT TO EACH CLAIM**

1. Illegal Search and Seizure: Plaintiff brings a claim for illegal search and seizure based upon the fact that there was no reasonable and articulable suspicion to detain Plaintiff, handcuff Plaintiff, or frisk him. The testimony by the Defendants reveal that on the night of the incident Plaintiff had not committed any crime and was not engaged in any activity that would have given the Defendants to believe that he was armed.

2. False Arrest: Plaintiff brings a claim for false arrest based upon the fact that there was no probable cause to arrest Plaintiff. The objective evidence indicates that the gun that was recovered from the vehicle driven by Shaquille Crews was bought by Shaquille Crews and possessed by him. Furthermore, Plaintiff was not seen with a weapon and was not observed attempting to hide or obtain a weapon. Despite this, Defendants still arrested Plaintiff.

3. Indemnification: Defendants are the employees of the City of Chicago and were acting under color of law and in the scope of their employment at the time of the incident. As such, 745 ILCS 10/9-102 directs the City to pay for any tort judgment for compensatory damages for which Defendants are liable.

4. Malicious Prosecution: Defendants caused Plaintiff to be charged with criminal offenses that they each individually knew he did not and could not have committed. At trial, those charges were dismissed in a manner indicative of Plaintiff's innocence.

**INSURANCE:**

1. N/A

**DAMAGES:**

1. While substantial, many of Plaintiff's damages are not readily convertible into quantifiable form and will be up to a jury to decide, including but not limited to significant emotional distress, pain, suffering, humiliation and embarrassment, loss of liberty, interference with a normal life, and the wrongful deprivation of Mr. Franklin's constitutional rights, and others.

Dated: 8 May 2019

Respectfully Submitted,

**JACARI FRANKLIN**

By: /s/ Jeanette Samuels
*One of Plaintiff's Attorneys*

Jeanette Samuels
SAMUELS & ASSOCIATES, LTD.
2925 S. Wabash Avenue, Suite 104
Chicago, Illinois 60616
T: (872) 588-8726
F: (872) 444-3011
E: sam@chicivilrights.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies, on oath, that the foregoing, PLAINTIFF'S MANDATORY INITIAL DISCLOSURES, were served via electronic mail on 29 July 2019 on all counsel of record.

/s/ Jeanette Samuels