RETURN TO: Darwin Olortegui / Maria Magginas Room/Location: 30 N. LaSalle St., Suite 900

## AFFIDAVIT OF SERVICE

Case Name: Jacari Franklin v. City of Chicago, et al. Case Number: 19 C 3035

Filed Date: February 24, 2020 ; Die Date: March 11, 2020 ; Inv # 2020-02-500

Name of deponent: Shaquille Crews

Address: 9616 S. Loomis St., Chgo, IL 60643 or 234 Hickory Hill Dr, Washington, GA 30673

DOB: / SSN:

Additional info: Check # 124663 $ 45.00

*****************************************************************************************

I, the undersigned, being over eighteen years of age, not a party to the action and duly sworn on oath, certify that I served this subpoena on the deponent as follows:

☐ **PERSONAL SERVICE**: By leaving a copy of the subpoena with the named deponent personally.

☐ **SUBSTITUTE SERVICE**: By leaving a copy of the subpoena at the deponent's usual place of abode with some person of the family, of age of 13 years or upwards, and informing that person of the contents thereof and in addition to this service, a copy of such subpoena has been mailed to the usual place of abode in a sealed envelope postage prepaid to the deponent.

☐ **SERVICE ON**: Corporation ☐; Company ☐; Business ☐; or Partnership ☐ by leaving a copy of the subpoena with the registered agent, authorized person or partner of deponent.

☐ **CERTIFIED MAIL #** ______

The party served is described as follows:

Name: ______

Sex ______ Race: ______ Age: ______

Date: ______ Time: ______

Location: ______

Remarks: ______

I am a duly authorized to serve process in this cause and complete this return of service pursuant to 735 ILCS 5/2-202 and state that the information contained above is the truth.

By: [signature] #18444
(Signature of Server)

Server's Name: Belinda Thompson ; Contact Number: 773-805-4096

**I HAVE ALSO TENDERED TO THE WITNESS FEES FOR ONE DAY'S ATTENDANCE, AND THE MILEAGE ALLOWED BY LAW, IN THE AMOUNT OF $ ______.**

**THE NAMED DEPONENT WAS NOT SERVED:**

TYPE OF BUILDING: Single Family House

NEIGHBORS NAME: ______

ADDRESS: ______

REASON NOT SERVED:

☐ MOVED ☐ WRONG ADDRESS

☐ DECEASED ☐ BUILDING VACANT

☐ NO SUCH ADDRESS

☐ VACANT LOT ☒ NO CONTACT

☐ UNABLE TO GAIN ENTRY

**ATTEMPED SERVICES**

| # | DATE | TIME |
|---|---|---|
| 1 | 3-3-20 | 11:50 a.m N/C |
| 2 | 3-4-20 | 10:20 a.m N/C |
| 3 | 3-6-20 | 10:30 a.m N/C |
| 4 | 3-9-20 | 11:10 a.m |
| 5 | | |
| 6 | | |
| 7 | | |

ADDITIONAL REMARKS: No - Doorbell
773-614-8777