# AFFIDAVIT OF NON-SERVICE

| Case: 19 C 3035 | Court: United States District Court For The Northern District of Illinois | County: COOK, IL | Deposition Date: 10/30/2020 |
|---|---|---|---|
| Plaintiff / Petitioner: Jacari Frankin | | Defendant / Respondent: City of Chicago | |
| Received by: Verify Investigations | | For: City of Chicago Dept. of Buildings and License Enforcement | |
| To be served upon: Shaquille Crews | | | |

I, Ben Lopez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Shaquille Crews, 9616 South Loomis Street, Chicago, IL 60643

**Manner of Service:** Non-Service

**Documents:** Subpoena To Testify At A Deposition In A Civil Action

**Additional Comments:**

1) Unsuccessful Attempt: Oct 21, 2020, 11:43 am CDT at 9616 South Loomis Street, Chicago, IL 60643
Not Served, No Contact. No name on mailbox, no vehicles in front of house. Dilapidated house with blinds open. Spoke with an unknown black male subject who appeared to be in his late 40s eary 50s. He stated that the deponent did not reside at this address. I conducted a canvass and spoke with a neighbor who also stated that he did not think the deponent resided at this address and had not been seen since he had some legal issues. Database searches revealed the deponent may be residing out of state. That information was forwarded to the client.

2) Unsuccessful Attempt: Oct 22, 2020, 9:15 am CDT at 9616 South Loomis Street, Chicago, IL 60643
Not Served, No Contact, No Answer.

3) Unsuccessful Attempt: Oct 22, 2020, 7:04 pm CDT at 9616 South Loomis Street, Chicago, IL 60643
Not Served, No Contact, No Answer. lights were observed illuminated within the residence but no one answered.

4) Unsuccessful Attempt: Oct 23, 2020, 12:01 am CDT at 9616 South Loomis Street, Chicago, IL 60643
Not served, no personal contact. I spoke with an unknown balck male resident. This resident was approximately 21 years old and did not fit the known description of the deponent. Upon interview, this male resident stated that the deponent only "popped in and out" at this address and refused to verify his residency. He accepted my business card and stated that he would forward my contact information to the deponent if he saw him. I advised the resident that I only wanted to speak the deponent regarding a civil subpoena and this was not law enforcement related. Addition investigation had revealed that the deponent had failed to appear for a criminal case on October 14, 2020 charging him with receiving and selling stolen property. That Cook County Case Number was 20CR258801

5) Unsuccessful Attempt: Oct 23, 2020, 8:30 am CDT at 9616 South Loomis Street, Chicago, IL 60643
Not Served, No Contact, No Answer

6) Unsuccessful Attempt: Oct 26, 2020, 6:33 pm CDT at 9616 South Loomis Street, Chicago, IL 60643
Not Served, No Contact, No Answer

7) Unsuccessful Attempt: Oct 27, 2020, 10:02 am CDT at 9616 South Loomis Street, Chicago, IL 60643
Not served. Unable to establish personal contact at the address.

10/27/2020

Ben Lopez
117-001526

Date

Verify Investigations
1655 S BLUE ISLAND AVE Suite 314
CHICAGO, IL 60608
773-368-3976

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

10/27/2020

Date

Commission Expires

EVA FLORES-LOPEZ
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Jan 06, 2024