**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JACARI FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 cv 3035 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge ROWLAND |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

To:

Jeanette Samuels
Samuels & Associates, Ltd.
2925 S. Wabash, Ste. 104
Chicago, IL 60616

**YOU ARE HEREBY NOTIFIED** that pursuant to the rules of Civil Procedure for the United States District Court for the Northern District of Illinois, Eastern Division, the undersigned the appearance for the following persons at **the Corporation Counsel's Office, 30 N. LaSalle St., Suite 900, Chicago, IL, 60602**, on the date and time indicated:

| Deponent | Date | Time |
|---|---|---|
| Grant Coleman | March 4, 2020 | 10:00 a.m. |
| Aijanay (girlfriend) | March 4, 2020 | 1:00 pm |

**I CERTIFY** that I mailed a copy of this Notice to Counsel at the addresses indicated above.
**DATED** on February 25, 2020

Respectfully submitted,

/s/Cheryl Friedman
Cheryl Friedman
Assistant Corporation Counsel

30 N. LaSalle St., Suite 900
Chicago, IL 60602
(312) 744-4038