# Re: Franklin - 19 C 3035 - Offer of Judgment

Jeanette Samuels <sam@spjslaw.com>

Thu 7/16/2020 10:32 AM

**To:** Maria Magginas <Maria.Magginas2@cityofchicago.org>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>

Hello:

Our responses were mailed out on the 11th. If you would like to provide me with a copy of a subpoena and the witness fee check, I can make sure those witnesses receive it. As of today, I am available all of those dates except Aug. 31.

Cordially,

---

**Jeanette S. Samuels**
**Shiller Preyar Jarard & Samuels**
**at The West Side Justice Center**
**601 S. California**
**Chicago, Illinois 60612**
**312-226-4590**

On Thu, Jul 16, 2020 at 10:29 AM Maria Magginas <Maria.Magginas2@cityofchicago.org> wrote:

> Hi Jeanette,
>
> Our deposition availability is as follows: Aug 18, 20, 31; Sept 8-10. Please let us know if those dates work for you. I will call PO Byrne's for his Aug and Sept availability. Will you be able to produce the following individuals?
>
> - Mr. Franklin's mother
> - Mr. Franklin's son's mother
> - Mr. Franklin's uncle Larry Bird
>
> Additionally, please let us know when we can expect the responses to Defendant Pasillas's Interrogatory and Request for Production sent to you on June 11, 2020 via email.
>
> Thanks,
>
> Maria E. Magginas
> Assistant Corporation Counsel
> Federal Civil Rights Litigation Division
> City of Chicago Department of Law
> 30 North LaSalle Street, Suite 900
> Chicago, Illinois 60602
> (T) 312.744.8335
> (F) 312.744.6566

# Re: Jacari Franklin - joint status report and motion to extend fact disco attached for review

Maria Magginas <Maria.Magginas2@cityofchicago.org>

Fri 8/21/2020 4:01 PM

**To:** Jeanette Samuels <sam@chicivilrights.com>; Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Nanci Guzman <nanci@spjslaw.com>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>
**Cc:** Brendan Shiller <brendan@shillerlaw.com>

4 attachments (1 MB)

Notice of Deposition (2020, 08-21) Johnson, Walker & Byrd.pdf; Subpoena-Federal_(2020,_08-21)_Larry Byrd.pdf; Subpoena-Federal_(2020,_08-21)_Aishinay Walker.pdf; Subpoena-Federal_(2020,_08-21)_LaTosha Johnson.pdf;

Hi Jeanette,

Please find the subpoenas and notice of deposition attached for Mr. Byrd, Ms. Walker, and Ms. Johnson. These are also forth coming in the mail to you with the checks for them.

We plan to re-subpoena Mr. Crews next week for Oct 9th and will send you copies of the subpoena then.

Thanks,

Maria E. Magginas
Assistant Corporation Counsel
Federal Civil Rights Litigation Division
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(T) 312.744.8335
(F) 312.744.6566

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

---

**From:** Jeanette Samuels <j.s.samuels@outlook.com> on behalf of Jeanette Samuels <sam@chicivilrights.com>
**Sent:** Thursday, August 20, 2020 8:20 PM
**To:** Maria Magginas <Maria.Magginas2@cityofchicago.org>; Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Nanci Guzman <nanci@spjslaw.com>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>
**Cc:** Brendan Shiller <brendan@shillerlaw.com>
**Subject:** Re: Jacari Franklin - joint status report and motion to extend fact disco attached for review

[Warning: External email]

Thanks for putting everything together so late. This is fine by us.

# Re: Franklin - 19 C 3035 - Joint Status Report due this Thrusday/following up on Sept dep availability

Jeanette Samuels <j.s.samuels@outlook.com>
on behalf of
Jeanette Samuels <sam@chicivilrights.com>
Mon 9/21/2020 12:25 PM

**To:** Maria Magginas <Maria.Magginas2@cityofchicago.org>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>

[Warning: External email]

I've confirmed with Ms. Johnson and Mr. Byrd, still waiting on Ms. Walker.

—
Jeanette S.

---

**From:** Maria Magginas <Maria.Magginas2@cityofchicago.org>
**Sent:** Monday, September 21, 2020 12:23:26 PM
**To:** Jeanette Samuels <sam@chicivilrights.com>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>
**Subject:** Re: Franklin - 19 C 3035 - Joint Status Report due this Thrusday/following up on Sept dep availability

Thanks for confirming. Let us know if the dates we have on the subpoenas work for the deponents or if we need rearrange dates to accommodate them.

> On Sep 21, 2020, at 12:11 PM, Jeanette Samuels <sam@chicivilrights.com> wrote:
>
> [Warning: External email]
>
> Just got them. Thanks
>
> —
> Jeanette S.
>
> ---
>
> **From:** Maria Magginas <Maria.Magginas2@cityofchicago.org>
> **Sent:** Monday, September 21, 2020 7:21:33 AM
> **To:** Jeanette Samuels <sam@chicivilrights.com>
> **Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>

# RE: Franklin - 19 C 3035

Jeanette Samuels <j.s.samuels@outlook.com>
on behalf of
Jeanette Samuels <sam@chicivilrights.com>

Fri 9/25/2020 2:08 PM

**To:** Maria Magginas <Maria.Magginas2@cityofchicago.org>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>

[Warning: External email]

Hello:

I've been able to speak with Ms. Walker. She's available the afternoon of the 8th. Does that work?

—

Jeanette Samuels
Shiller Preyar Jarard & Samuels
601 S. California Avenue
Chicago, Illinois 60612
T: 312-226-4590

---

**From:** Maria Magginas <Maria.Magginas2@cityofchicago.org>
**Sent:** Thursday, September 24, 2020 9:12 AM
**To:** Jeanette Samuels <sam@chicivilrights.com>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>
**Subject:** Re: Franklin - 19 C 3035

I have to set them up still. I will e-mail you early next week with them.

Thanks!

Maria E. Magginas
Assistant Corporation Counsel
Federal Civil Rights Litigation Division
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(T) 312.744.8335
(F) 312.744.6566

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

# Re: Franklin - 19 C 3035

Maria Magginas <Maria.Magginas2@cityofchicago.org>

Thu 10/1/2020 8:03 AM

**To:** Laniya Moore <LANIYA.MOORE@cityofchicago.org>
**Cc:** Jeanette Samuels <sam@chicivilrights.com>; Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>

Hi Jeanette:

Following up on the email below re walker's dep. we can do back to back deps next Thursday with Walker and Byrd, with Byrd at 10 AM and walker at 1:30 (we can start at 2 if needed).

Zoom links have been sent out for Johnson, Byrd, and Crews. You should have received them from the court reporter. Let me know about Walker so I can set up zoom for her too.

Thanks.

Maria

Sent from my iPhone

On Sep 29, 2020, at 2:33 PM, Laniya Moore <LANIYA.MOORE@cityofchicago.org> wrote:

Hi Jeanette,

Can you ask Ms. Walker if she can do 1:30pm instead of 2pm? 1:30pm works best for my team.

Thanks,

Laniya Moore
Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 N. LaSalle St., Suite 900
Chicago, IL 60602
(312) 742-3902
(312) 744-6566 (FAX)
Laniya.moore@cityofchicago.org

**From:** Laniya Moore
**Sent:** Friday, September 25, 2020 2:32 PM
**To:** Jeanette Samuels <sam@chicivilrights.com>; Maria Magginas <Maria.Magginas2@cityofchicago.org>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Brendan Shiller

## RE: Franklin - depositions of Byrd @ 10 AM and Walker @ 1:30 or 2 PM

Jeanette Samuels <j.s.samuels@outlook.com>
on behalf of
Jeanette Samuels <sam@chicivilrights.com>
Wed 10/7/2020 10:15 AM

**To:** Maria Magginas <Maria.Magginas2@cityofchicago.org>; Jeanette Samuels <sam@spjslaw.com>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>

[Warning: External email]

Confirmed. 2 o'clock for Walker.

—
Jeanette Samuels
Shiller Preyar Jarard & Samuels
601 S. California Avenue
Chicago, Illinois 60612
T: 312-226-4590

---

**From:** Maria Magginas <Maria.Magginas2@cityofchicago.org>
**Sent:** Wednesday, October 7, 2020 9:43 AM
**To:** Jeanette Samuels <sam@spjslaw.com>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>
**Subject:** Franklin - depositions of Byrd @ 10 AM and Walker @ 1:30 or 2 PM

Hi Jeanette:

Just wanting to confirm we are still on for Byrd at 10 AM and what time Walker wants to start? I need to let the court reporter know today and have her send out the zoom link for Walker. You should have received one for Byrd already.

Thanks,

Maria E. Magginas
Assistant Corporation Counsel
Federal Civil Rights Litigation Division
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(T) 312.744.8335
(F) 312.744.6566

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If