# Re: Franklin - 19 C 3035: rescheduling Walker & Byrd deps

Maria Magginas <Maria.Magginas2@cityofchicago.org>
Sun 10/11/2020 1:39 PM

**To:** Jeanette Samuels <sam@chicivilrights.com>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>

Thanks Jeanette. We will get these subpoenas out this week for Oct 29 10 am for Byrd and 2 pm for Walker. Please let us know if you get a hold of them too.

Maria

On Oct 11, 2020, at 11:15 AM, Jeanette Samuels <sam@chicivilrights.com> wrote:

[Warning: External email]

Larry Byrd – 16455 Oxford Drive, Markham, Illinois

---

**From:** Maria Magginas <Maria.Magginas2@cityofchicago.org>
**Sent:** Friday, October 9, 2020 12:31 PM
**To:** Jeanette Samuels <sam@chicivilrights.com>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>
**Subject:** Re: Franklin - 19 C 3035: rescheduling Walker & Byrd deps

Thanks Jeanette.

Maria E. Magginas
Assistant Corporation Counsel
Federal Civil Rights Litigation Division
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(T) 312.744.8335
(F) 312.744.6566

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

---

**From:** Jeanette Samuels <j.s.samuels@outlook.com> on behalf of Jeanette Samuels <sam@chicivilrights.com>
**Sent:** Friday, October 9, 2020 11:26 AM
**To:** Maria Magginas <Maria.Magginas2@cityofchicago.org>

**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>
**Subject:** RE: Franklin - 19 C 3035: rescheduling Walker & Byrd deps

[Warning: External email]

Aishinay Walker is 3511 W. 74th Street, Chicago, Illinois.

I have Bird's information at home and will email it later.

—

Jeanette Samuels
Shiller Preyar Jarard & Samuels
601 S. California Avenue
Chicago, Illinois 60612
T: 312-226-4590

---

**From:** Maria Magginas <Maria.Magginas2@cityofchicago.org>
**Sent:** Friday, October 9, 2020 8:25 AM
**To:** Jeanette Samuels <sam@chicivilrights.com>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>
**Subject:** Re: Franklin - 19 C 3035: rescheduling Walker & Byrd deps

Additionally, please provide us with their addresses as well. We will attempt to service them through normal process in addition to your attempting to contact them.

Thanks,

Maria E. Magginas
Assistant Corporation Counsel
Federal Civil Rights Litigation Division
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(T) 312.744.8335
(F) 312.744.6566

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Maria Magginas
**Sent:** Friday, October 9, 2020 7:22 AM
**To:** Jeanette Samuels <sam@chicivilrights.com>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>
**Subject:** Franklin - 19 C 3035: rescheduling Walker & Byrd deps

Hi Jeanette:

The only dates this month before the close of fact discovery we have free to take deps of Walker and Byrd are Oct 29 and 30. Please advise which of those two dates they are free. I'd prefer to take them back to back in the same day.

Thanks,

Maria

On Oct 5, 2020, at 9:56 AM, Maria Magginas <Maria.Magginas2@cityofchicago.org> wrote:

if not, 2 pm is fine. no worries.

Maria E. Magginas
Assistant Corporation Counsel
Federal Civil Rights Litigation Division
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(T) 312.744.8335
(F) 312.744.6566

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

---

**From:** Jeanette Samuels <j.s.samuels@outlook.com> on behalf of Jeanette Samuels <sam@chicivilrights.com>
**Sent:** Monday, October 5, 2020 9:44 AM
**To:** Maria Magginas <Maria.Magginas2@cityofchicago.org>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>
**Subject:** RE: Franklin - 19 C 3035 - Byrne dep Monday @ 10:30 AM

[Warning: External email]