SERVED 2020-10-178

RETURN TO: Darwin Olortegui / Maria Magginas Room/Location: 30 N. LaSalle St., Suite 900

## AFFIDAVIT OF SERVICE

Case Name: Jacari Franklin v. City of Chicago, et al. Case Number: 19 C 3035

Filed Date: October 13, 2020 ; Die Date: October 28, 2020 ; Inv #

Name of deponent: Larry Byrd

Address: 16455 Oxford Drive, Markham, Illinois 60428

DOB: / SSN:

Additional info: NO WITNESS FEE CHECK ATTACHED

*************************************************************************************

I, the undersigned, being over eighteen years of age, not a party to the action and duly sworn on oath, certify that I served this subpoena on the deponent as follows:

☒ **PERSONAL SERVICE**: By leaving a copy of the subpoena with the named deponent personally.

☐ **SUBSTITUTE SERVICE**: By leaving a copy of the subpoena at the deponent's usual place of abode with some person of the family, of age of 13 years or upwards, and informing that person of the contents thereof and in addition to this service, a copy of such subpoena has been mailed to the usual place of abode in a sealed envelope postage prepaid to the deponent.

☐ **SERVICE ON**: Corporation ☐; Company ☐; Business ☐; or Partnership ☐ by leaving a copy of the subpoena with the registered agent, authorized person or partner of deponent.

☐ **CERTIFIED MAIL #**

The party served is described as follows:

Name: LARRY BYRD

Sex: M Race: B Age: 30s

Date: 20 OCT 2020 Time: 9:30 AM

Location: 16455 OXFORD DR

Remarks:

I am a duly authorized to serve process in this cause and complete this return of service pursuant to 735 ILCS 5/2-202 and state that the information contained above is the truth.

By: [signature]
(Signature of Server)

Server's Name: MICHAEL COX ; Contact Number: 312-744-4830

**I HAVE ALSO TENDERED TO THE WITNESS FEES FOR ONE DAY'S ATTENDANCE, AND THE MILEAGE ALLOWED BY LAW, IN THE AMOUNT OF $ ——.**

**THE NAMED DEPONENT WAS NOT SERVED:**

TYPE OF BUILDING:

NEIGHBORS NAME:

ADDRESS:

REASON NOT SERVED:

☐ MOVED ☐ WRONG ADDRESS
☐ DECEASED ☐ BUILDING VACANT
☐ NO SUCH ADDRESS
☐ VACANT LOT ☐ NO CONTACT
☐ UNABLE TO GAIN ENTRY

**ATTEMPED SERVICES**

| # | DATE | TIME |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

ADDITIONAL REMARKS: