# RE: Franklin - 19 C 3035: rescheduling Walker & Byrd deps

Jeanette Samuels <j.s.samuels@outlook.com>
on behalf of
Jeanette Samuels <sam@chicivilrights.com>
Tue 10/27/2020 11:44 AM

**To:** Maria Magginas <Maria.Magginas2@cityofchicago.org>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>

[Warning: External email]

Hello:

I haven't spoken with Ms. Walker. I did speak with Mr. Bird just now. He informed me that based upon the advice of his counsel, he will not be appearing to testify. Also, I believe that Mr. Crews is currently out of town for work.

Cordially,

—

Jeanette Samuels
Shiller Preyar Jarard & Samuels
601 S. California Avenue
Chicago, Illinois 60612
T: 312-226-4590

---

**From:** Maria Magginas <Maria.Magginas2@cityofchicago.org>
**Sent:** Tuesday, October 27, 2020 8:31 AM
**To:** Jeanette Samuels <sam@chicivilrights.com>
**Cc:** Allison Romelfanger <Allison.Romelfanger@cityofchicago.org>; Laniya Moore <LANIYA.MOORE@cityofchicago.org>; Brendan Shiller <brendan@shillerpreyar.com>; sierra <sierra@shillerpreyar.com>
**Subject:** Re: Franklin - 19 C 3035: rescheduling Walker & Byrd deps

Hi Jeanette,

Have you been able to reach Walker and Byrd to confirm they will be on the zoom deps on Thursday? We have served both of them.

Thanks,

Maria E. Magginas
Assistant Corporation Counsel
Federal Civil Rights Litigation Division
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(T) 312.744.8335
(F) 312.744.6566

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or